# Return

| Case No.: 3:23-mj | Date and time warrant executed: 9/20/2023  6:00AM | Copy of warrant and inventory left with: Elizabeth Velasquez |
|---|---|---|

Inventory made in the presence of: SA Kim  TFO Hancock

Inventory of the property taken and name(s) of any person(s) seized:

1. Roxicodone 30mg pill bottle
2. $4,800.00 currency
3. Black TCL phone
4. Silver Samsung phone
5. One black phone, no label
6. One silver Taurus gun
7. One black Taurus gun
8. Three pill bottles - Hydroxyurea
9. One pill bottle - Hydroxyurea
10. Black gun box
11. One rifle stock
12. $26,464.00 currency
13. One ledger notebook

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/20/2023

_____ #738
Executing officer's signature

Task Force Officer Matthew Hancock
Printed name and title